NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE TD AMERITRADE, INC.,**
*Petitioner.*

---

Miscellaneous Docket No. 107

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 10-CV-320, Chief Judge David Folsom.

----------------------------------------------------------------

---

**IN RE SCOTTRADE, INC.,**
*Petitioner.*

---

Miscellaneous Docket No. 109

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 10-CV-320, Chief Judge David Folsom.

---

## ON PETITION

---

## O R D E R

Scottrade, Inc. submits a petition for a writ of mandamus to direct the United States District Court for the Eastern District of Texas to vacate its order denying Scottrade's motion to sever and transfer, and direct the court to sever this case and transfer it to the United States District Court for the Eastern District of Missouri. The court also reconsiders its order directing Ganas LLC's response in *In re TD Ameritrade, Inc.*, 2012-M107.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) This court's prior order directing Ganas LLC to respond no later than December 1, 2011 in 2012-M107 is vacated.

(2) Ganas LLC is directed to file a combined response in 2012-M107 and 2012-M109 no later than December 8, 2011 not to exceed 40 pages.

FOR THE COURT

NOV 23 2011

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 23 2011

JAN HORBALY
CLERK

cc:  Michael Hawes, Esq.
     Larry D. Thompson, Jr., Esq.
     Jason M. Schwent, Esq.
     Clerk, United States District Court for the Eastern
District of Texas

s19